UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CYNTHIA HOLDEN                                    CIVIL ACTION

VERSUS                                            NO.  10-4390

ROBERT RACHAL                                     SECTION "I" (6)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Cynthia Holden's petition for issuance of a Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254 is transferred to the United States District Court for the Middle District of Louisiana for further proceedings.

New Orleans, Louisiana, this  20th  day of December, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE